**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6103**

———————————

DAN OLIVER,

Petitioner - Appellant,

versus

D. BRAXTON, Warden,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge. (CA-01-349-AM)

———————————

Submitted:  May 30, 2002                    Decided:  June 6, 2002

———————————

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Dan Oliver, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant
Attorney General, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dan Oliver seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Oliver v. Braxton</u>, No. CA-01-349-AM (E.D. Va. filed Nov. 8, 2001 & entered Nov. 9, 2001). Oliver's motion for return of legal documents is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>